UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW BRYAN MARTIN,<br><br>Petitioner,<br><br>v.<br><br>SCOTT FRAUENHEIM,<br><br>Respondent. | No. 2:17-cv-01538 KJM GGH<br><br><br><br>ORDER |

Petitioner has requested a 45-day extension of time to file objections to the Findings and Recommendations filed on December 10, 2018. ECF No. 19. However, as the required filing is only concerning explained objections, and not the filing of an entire brief anew, the undersigned will extend time for 30 days. Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's request for an extension of time (ECF No. 19) is granted in part; and

2. Petitioner shall file his objections to the Findings and Recommendations no later than 30 days from the date of this order.

Dated: December 27, 2018

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE